**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ALBERT J. STALEY, ADC #144308                                                                         PLAINTIFF

v.                                              No. 5:10CV00249 JLH-JTK

LARRY D. MAY, *et al*.                                                                                DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

IT IS SO ADJUDGED this 18th day of October, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE