# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ALBERT J. STALEY,  PLAINTIFF
ADC #144308

v.  No. 5:10CV00249 JLH-JTK

LARRY D. MAY, et al.  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Hixson, Erwin,[1] and Wise are dismissed from this action for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 4th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Staley sued Hon. Harold S. Erwin but misspelled his surname as Erwine.